[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JULY 30, 2010
JOHN LEY
CLERK

No. 09-13479

_____

D. C. Docket No. 08-61047-CV-WJZ

MICHELLE JONES,

Plaintiff-Appellant,

versus

CONNECTICUT GENERAL LIFE INSURANCE COMPANY,
a subsidiary of CIGNA corporation,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(July 30, 2010)

Before BLACK, WILSON and MARTIN, Circuit Judges.

PER CURIAM:

Michelle Jones appeals the denial and termination of long-term disability

benefits by Connecticut General Life Insurance Company ("CIGNA"). In granting CIGNA's motion for summary judgment, the district judge, adopting the magistrate judge's report and recommendation, found that the denial of long-term disability benefits was not arbitrary and capricious. The district court concluded that CIGNA did not ignore any of the medical evidence presented by Jones in her original claim or in her subsequent appeals to CIGNA. Further, the district court found that the basis for CIGNA's decision to deny long-term disability benefits was not arbitrary and capricious.

We have carefully reviewed the briefs and the record, and after *de novo* review, which included the benefit of oral argument, we find that the district court properly granted summary judgment to CIGNA. We therefore affirm the judgment of the district court.


**AFFIRMED.**